1  ADAM B. RUCKER (SBN 309516)
   arucker@hinshawlaw.com
2  PAUL RODRIGUEZ (SBN 307139)
   prodriguez@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:   213-614-7399

6  ATTORNEYS FOR DEFENDANT
   STELLAR RECOVERY INC.
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  MATTHEW WILSON,                          Case No.  3:17-cv-03158

12            Plaintiff,
                                             **DEFEDANT'S NOTICE OF
13       vs.                                 REMOVAL OF ACTION TO
                                             FEDERAL COURT**
14  STELLAR RECOVERY INC.,

15            Defendant.

16                                           Complaint Filed:   May 1, 2017

17

18

19

20

21

22

23

24

25

26

27

28

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

DEFEDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.  3:17-cv-03158
36281728v1 0998405

**TO THE CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA**:

   **PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant Stellar Recovery, Inc. ("Defendant"), hereby removes to this Court the state action currently pending in the San Mateo County Superior Court of California, described more fully below:

   1.   On May 1, 2017, a civil action was commenced in the Superior Court of California, in and for the County of San Mateo, entitled *Matthew Wilson v. Stellar Recovery, Inc.*, as case number 17SCS00538.

   2.   In light of its pendency in San Mateo County, the United States District Court for the Northern District of California is the proper forum for removal under the provisions of 28 U.S.C §§ 84(c)(2), and 1441(a).

   3.   The Complaint asserts federal causes of action against Defendant for purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. and violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq and may be removed to this Court pursuant to 28 U.S.C. §1446(b) because it invokes federal question jurisdiction.  Pursuant to 28 U.S.C. 1367(a) and 1441(c), this Court may exercise supplemental jurisdiction over the remaining claims for purported violations of the Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788 et seq and violations of California Civil Code §1785 et seq.

   4.   Defendant's registered agent was electronically served with a copy of the Summons and Complaint on or about May 3, 2017.  True and correct copies of all pleadings, process, and orders in said action served upon Defendant are attached hereto as **Exhibit "A"** and incorporated herein.

   5.   This Notice of Removal was filed within thirty (30) days of service of the Complaint upon Defendant and one year of the commencement of the action.  It is, therefore, timely under 28 U.S.C § 1446(b).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

DEFEDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.  3:17-cv-03158
36281728v1 0998405

1    WHEREFORE, Defendant Stellar Recovery, Inc. respectfully requests that

2    this action be removed from the San Mateo County Superior Court to the United

3    States District Court for the Northern District of California.

4

5

6    DATED:  June 1, 2017                              Hinshaw & Culbertson LLP

7
                                               By:  */s/ Paul Rodriguez*
8                                                    ADAM B. RUCKER
                                                     PAUL RODRIGUEZ
9                                                    Attorneys for Defendant
                                                     Stellar Recovery Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2