ADAM B. RUCKER (SBN 06290621)
arucker@hinshawlaw.com
PAUL RODRIGUEZ (SBN )
prodriguez@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile:  213-614-7399

Attorneys for Defendant
Stellar Recovery Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STELLAR RECOVERY INC.,<br><br>    Defendant. | Case No. 3:17-cv-03158-JSC<br><br>(Honorable New)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Complaint Filed:  May 1, 2017 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:17-cv-03158-JSC
300229478v1 0998405

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Matthew Wilson and Defendant, Stellar Recovery Inc., hereby stipulate to dismiss the abovecaptioned case in its entirety with prejudice, with each party to bear his or its own attorneys' fees and costs. This stipulation is being made pursuant to the confidential settlement agreement reached by the parties.

DATED: July 26, 2017                      Hinshaw & Culbertson LLP

By: */s/ Paul Rodriguez*
ADAM B. RUCKER
PAUL RODRIGUEZ
Attorneys for Defendant
Stellar Recovery Inc.

DATED: July 26, 2017                      _____
MATTHEW WILSON
Plaintiff

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

2
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:17-cv-03158-JSC
300229478v1 0998405