ADAM B. RUCKER (SBN 06290621)
arucker@hinshawlaw.com
PAUL RODRIGUEZ (SBN )
prodriguez@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Stellar Recovery Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>STELLAR RECOVERY INC.,<br><br>            Defendant. | Case No. 3:17-cv-03158-JSC<br><br>(Honorable Jacqueline Scott Corley)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(a)(1)]<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed: May 1, 2017 |

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:17-cv-03158-JSC
300069903v1 0998405

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.  Defense counsel shall serve a copy of this order to plaintiff.

**IT IS SO ORDERED.**

Dated: __August 1__, 2017        _____*Jacqueline Scott Corley*_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:17-cv-03158-JSC
300069903v1 0998405